**95-2576.   Cincinnati Bell Tel. Co. v. Pub. Util. Comm.**

Public Utilities Commission, No. 94–1695–TP–ACE.   This cause is pending before the court as an appeal from the Public Utilities Commission of Ohio.   Upon consideration of appellant's application for dismissal,

IT IS ORDERED by the court that the application for dismissal be, and hereby is, granted.

ACCORDINGLY, IT IS FURTHER ORDERED by the court that this cause be, and hereby is, dismissed.

**97-343.   State ex rel. Simpson v. Indus. Comm.**

Franklin App. No. 96APD04–463.   This cause is pending before the court as an appeal from the Court of Appeals for Franklin County.   It appears from the records of this court that appellant has not filed a merit brief, due April 21, 1997, in compliance with the Rules of Practice of the Supreme Court and therefore has failed to prosecute this cause with the requisite diligence.   Upon consideration thereof,

IT IS ORDERED by the court that this cause be, and hereby is, dismissed *sua sponte.*

*Monday, April 28, 1997*

## MISCELLANEOUS DISMISSALS

**96-2078.   Scancarello v. Erie Ins. Co.**

Franklin App. No. 96APE02–166.

This cause is pending before the court as an appeal from the Court of Appeals for Franklin County. Upon consideration of appellant's application for dismissal,

IT IS ORDERED by the court that the application for dismissal be, and hereby is, granted.

ACCORDINGLY, IT IS FURTHER ORDERED by the court that this cause be, and hereby is, dismissed.